# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAAD BIN KHALID**, | Case No. 1:21-cv-02307 |
| *Plaintiff,* | Hon. Christopher R. Cooper |
| v. | |
| **MERRICK GARLAND**, Attorney General of the United States, U.S. Department of Justice, in his official capacity, only; | |
| **CHRISTOPHER WRAY**, Director, Federal Bureau of Investigation, in his official capacity, only; | |
| **CHARLES H. KABLE, IV**, in his official capacity as Director of the Terrorist Screening Center; | |
| **ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security, in his official capacity, only; | |
| **DAVID PEKOSKE**, Administrator, Transportation Security Administration, in his official capacity, only; and, | |
| **TROY MILLER**, Commissioner, U.S. Customs and Border Protection, in his official capacity, only; | |
| *Defendants.* | |

# MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Zanah Ghalawanji *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Zanah Ghalawanji, filed herewith. As set forth in Ms. Ghalawanji's declaration, she is admitted and an active member in good standing the following courts and bars: the Michigan Bar and the Northern District of Illinois. This motion is supported and signed by Lena Masri, an active and sponsoring member of the Bar of this Court.

Dated this 14th day of September, 2021     Respectfully submitted,

*/s/ Lena F. Masri*
Lena F. Masri
DC Bar # 100019
CAIR Legal Defense Fund
453 New Jersey Ave., SE
Washington, DC 20003
Ph: 202-742-6420
Fax: 202-379-3317
Ldf@cair.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAAD BIN KHALID**, <br><br> *Plaintiff,* <br><br> v. <br><br> **MERRICK GARLAND**, Attorney General of the United States, U.S. Department of Justice, in his official capacity, only; <br><br> **CHRISTOPHER WRAY**, Director, Federal Bureau of Investigation, in his official capacity, only; <br><br> **CHARLES H. KABLE, IV**, in his official capacity as Director of the Terrorist Screening Center; <br><br> **ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security, in his official capacity, only; <br><br> **DAVID PEKOSKE**, Administrator, Transportation Security Administration, in his official capacity, only; and, <br><br> **TROY MILLER**, Commissioner, U.S. Customs and Border Protection, in his official capacity, only; <br><br> *Defendants.* | Case No. 1:21-cv-02307 <br><br> Hon.  Christopher R. Cooper |

## DECLARATION OF ZANAH GHALAWANJI

## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Zanah Ghalawanji, hereby declare:

1. My name, office address, and telephone number are as follows:

    Zanah Ghalawanji
    CAIR Legal Defense Fund
    453 New Jersey Ave., SE
    Washington, DC 20003
    Tel: 202-742-6420

2. I have been admitted to the following courts and bars:

    Supreme Court of Michigan (December 2018) (MI. Bar No. P83116)
    Northern District of Illinois (June 2021)

3. I am currently in good standing with all states, courts, and bars in which I amadmitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., this 14th day of September, 2021

Dated this 14th day of September, 2021    /s/ *Zanah Ghalawanji*
                                                                         Zanah Ghalawanji
                                                                         (MI Bar No. P83116)
                                                                         CAIR Legal Defense Fund
                                                                         453 New Jersey Ave., SE
                                                                         Washington, DC 20003
                                                                         Ph: 202-742-6420
                                                                         Fax: 202-379-3317
                                                                         Ldf@cair.com
                                                                         Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAAD BIN KHALID**, <br><br> *Plaintiff,* <br><br> v. <br><br> **MERRICK GARLAND**, Attorney General of the United States, U.S. Department of Justice, in his official capacity, only; <br><br> **CHRISTOPHER WRAY**, Director, Federal Bureau of Investigation, in his official capacity, only; <br><br> **CHARLES H. KABLE, IV**, in his official capacity as Director of the Terrorist Screening Center; <br><br> **ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security, in his official capacity, only; <br><br> **DAVID PEKOSKE**, Administrator, Transportation Security Administration, in his official capacity, only; and, <br><br> **TROY MILLER**, Commissioner, U.S. Customs and Border Protection, in his official capacity, only; <br><br> *Defendants.* | Case No. 1:21-cv-02307 <br><br> Hon.  Christopher R. Cooper |

# ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ZANAH GHALAWANJI *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Zanah Ghalawanji *pro hac vice*. Upon consideration of that motion, the Court grants attorney Zanah Ghalawanji *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge