## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SAAD BIN KHALID**,

*Plaintiff,*

v.

**CHARLES H. KABLE**, *et al,*

*Defendants.*

**Case No.** 1:21-cv-02307-CRC

**Hon.** Christopher R. Cooper

## JOINT STATUS REPORT

The parties having met and conferred on May 3, 2022 hereby jointly submit their report to the Court along with their proposed schedule:

1. The parties propose the following briefing schedule:

   a. Defendants' answer or motion deadline: June 21, 2022

   b. Plaintiff's opposition deadline: July 21, 2022

   c. Defendants' Reply deadline: August 5, 2022

2. Defendants are still working to complete the DHS TRIP administrative process related to Plaintiff's status on the No Fly List. The parties discussed the possibility that the future outcome of DHS TRIP's administrative process may raise new factual or legal issues. The parties agreed to confer about prospective amendments or supplements to the complaint, as well as any adjustments to the briefing schedule, once DHS TRIP concludes its process.

3. Should the above schedule be adopted, the parties believe that bifurcation of jurisdictional issues would not be necessary at this time.

May 3, 2022                                Respectfully submitted,


BY: */s/ Lena F. Masri*
Lena F. Masri (VA 93291)
lmasri@cair.com
Gadeir I. Abbas (VA 81161) *α*
gabbas@cair.com
Justin Sadowsky (D.C. 977642)
jsadowsky@cair.com
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave., SE
Washington, DC 20003
Telephone:  (202) 742-6420

Facsimile  (202) 379-3317

*Attorneys for Plaintiffs*

*α Licensed in VA, not D.C. Practice limited to federal matters.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

BY: /s*/ Matthew Skurnik*
MATTHEW SKURNIK, NY Bar No. 5553896
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 616-8188
Matthew.skurnik@usdoj.gov

*Counsel for Defendants*