# Exhibit C

| | |
|---|---|
| **From:** | Skurnik, Matthew (CIV) |
| **To:** | Zanah Ghalawanji |
| **Cc:** | CAIR Legal Defense Fund |
| **Subject:** | RE: Khalid - Travel |
| **Date:** | Tuesday, June 28, 2022 11:07:14 AM |

Zanah,

Thanks for your email. The Government does not intend to facilitate air travel out of the United States by your client.

Best,
Matt

**Matthew Skurnik**
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8188 | Matthew.Skurnik@usdoj.gov

**From:** Zanah Ghalawanji <zGhalawanji@cair.com>
**Sent:** Wednesday, June 15, 2022 3:58 PM
**To:** Skurnik, Matthew (CIV) <Matthew.Skurnik@usdoj.gov>
**Cc:** CAIR Legal Defense Fund <ldf@cair.com>
**Subject:** [EXTERNAL] Khalid - Travel

Hello Matt,

Our client needs to travel back to Pakistan because his wife is due to give birth this summer. He intends to return to the United States afterward. I've attached a few proposed itineraries. We're willing to agree to other comparable itineraries with either sooner or later than the dates on the proposed itineraries. Let us know if the government consents to his travel.

Respectfully,

Zanah Ghalawanji
CAIR Staff Attorney