UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAAD BIN KHALID**, <br> *Plaintiff,* <br> v. <br> **MERRICK GARLAND**, et al <br> *Defendants.* | Case No. 1:21-cv-02307-CRC <br><br> Hon. Judge Christopher R. Cooper |

### [PROPOSED] ORDER

Having reviewed Plaintiff Saad bin Khalid's Motion for a Temporary Restraining Order and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Defendants shall be Temporarily Restrained from preventing Saad bin Khalid from flying to, from, or over United States airspace by means of his inclusion in the No Fly List. In the alternative, Defendants may facilitate Saad bin Khalid to fly into the United States from Pakistan on or before October 10, 2022.

**SO ORDERED.**

_____          _____
Date                                               The Hon. Christopher R. Cooper
                                                           United States District Judge