UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAAD BIN KHALID**, | Case No. 1:21-cv-02307 |
| *Plaintiff,* | Hon. Christopher R. Cooper |
| v. | |
| **MERRICK GARLAND**, Attorney General of the United States, U.S. Department of Justice, in his official capacity, only; | |
| **CHRISTOPHER WRAY**, Director, Federal Bureau of Investigation, in his official capacity, only; | |
| **CHARLES H. KABLE, IV**, in his official capacity as Director of the Terrorist Screening Center; | |
| **ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security, in his official capacity, only; | |
| **DAVID PEKOSKE**, Administrator, Transportation Security Administration, in his official capacity, only; and, | |
| **TROY MILLER**, Commissioner, U.S. Customs and Border Protection, in his official capacity, only; | |
| *Defendants.* | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Hannah Mullen *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Hannah Mullen, filed herewith. As set forth in Ms. Mullen's declaration, she is admitted and an active member in good standing the following courts and bars: the District of Columbia Bar, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the Untied States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States Court of Appeals for the District of Columbia. This motion is supported and signed by Lena Masri, an active and sponsoring member of the Bar of this Court.

Dated this 4th day of October, 2022     Respectfully submitted,

/s/ Lena F. Masri

Lena F. Masri
DC Bar # 100019
CAIR Legal Defense Fund
453 New Jersey Ave., SE
Washington, DC 20003
Ph: 202-742-6420
Fax: 202-379-3317
Ldf@cair.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAAD BIN KHALID**, <br><br> *Plaintiff,* <br><br> v. <br><br> **MERRICK GARLAND**, Attorney General of the United States, U.S. Department of Justice, in his official capacity, only; <br><br> **CHRISTOPHER WRAY**, Director, Federal Bureau of Investigation, in his official capacity, only; <br><br> **CHARLES H. KABLE, IV**, in his official capacity as Director of the Terrorist Screening Center; <br><br> **ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security, in his official capacity, only; <br><br> **DAVID PEKOSKE**, Administrator, Transportation Security Administration, in his official capacity, only; and, <br><br> **TROY MILLER**, Commissioner, U.S. Customs and Border Protection, in his official capacity, only; <br><br> *Defendants.* | Case No. 1:21-cv-02307 <br><br> Hon. Christopher R. Cooper |

# DECLARATION OF HANNAH MULLEN

## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Hannah Mullen, hereby declare:

1. My name, office address, and telephone number are as follows:

    Hannah Mullen
    CAIR Legal Defense Fund
    453 New Jersey Ave., SE
    Washington, DC 20003
    Tel: 202-742-6420

2. I have been admitted to the following courts and bars: the District of Columbia Bar (2021) (Bar No. 1725228), the United States Court of Appeals for the Third Circuit (2021), the United States Court of Appeals for the Fourth Circuit (2022), the United States Court of Appeals for the Fifth Circuit (2021), the Untied States Court of Appeals for the Sixth Circuit (2022), the United States Court of Appeals for the Seventh Circuit (2021), the United States Court of Appeals for the Ninth Circuit (2021), the United States Court of Appeals for the Tenth Circuit (2021), and the United States Court of Appeals for the District of Columbia (2021).

3. I am currently in good standing with all states, courts, and bars in which I amadmitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., this 4th day of October, 2022

Dated this 4th day of October, 2022    /s/ *Hannah Mullen*

        Hannah Mullen
        (DC Bar No. 1725228)
        CAIR Legal Defense Fund
        453 New Jersey Ave., SE
        Washington, DC 20003
        Ph: 202-742-6420
        Fax: 202-379-3317
        Ldf@cair.com
        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAAD BIN KHALID**, *Plaintiff,* v. **MERRICK GARLAND**, Attorney General of the United States, U.S. Department of Justice, in his official capacity, only; **CHRISTOPHER WRAY**, Director, Federal Bureau of Investigation, in his official capacity, only; **CHARLES H. KABLE, IV**, in his official capacity as Director of the Terrorist Screening Center; **ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security, in his official capacity, only; **DAVID PEKOSKE**, Administrator, Transportation Security Administration, in his official capacity, only; and, **TROY MILLER**, Commissioner, U.S. Customs and Border Protection, in his official capacity, only; *Defendants.* | Case No. 1:21-cv-02307 Hon.  Christopher R. Cooper |

# ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY HANNAH MULLEN *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Hannah Mullen *pro hac vice*. Upon consideration of that motion, the Court grants attorney Hannah Mullen *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                              _____

                                                                         United States District Judge